UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 JAN 27 PM 1:26

CLERK

BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Docket No. 2:22-cr-8-1 |
| | ) |
| JERMAINE DIXON a.k.a. "M," | ) |
| Defendant. | ) |

INDICTMENT

The Grand Jury charges:

COUNT ONE

On or about December 21, 2021, in the District of Vermont, the defendant, JERMAINE DIXON a.k.a. "M," knowingly and intentionally distributed cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

1

## COUNT TWO

On or about December 23, 2021, in the District of Vermont, the defendant, JERMAINE DIXON a.k.a. "M," knowingly and intentionally distributed cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

## COUNT THREE

On or about January 7, 2022, in the District of Vermont, the defendant, JERMAINE DIXON a.k.a. "M," knowingly and intentionally possessed with the intent to distribute cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

A TRUE BILL

FOREPERSON

_____ (by JJB)
NIKOLAS P. KEREST
United States Attorney
Burlington, Vermont
January 27, 2022